Francisco Arzate #1821766
3001 S. Emily Dr.
Beeville, TX 78102

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 10 2015

Abel Acosta, Clerk

September 7, 2015

RE: Ex?Parte Francisco Arzate/ Art.11.07 Habeas Corpus#1317247-A

Dear Honorable Clerk,

    I am writing to find out what the status is on my original application for writ of habeas corpus. I recieved service on the fact that the Clerk of the trial court submitted the documents from the order as required by the Court of Crimnal Appeals.

    Would you please tell me when my issue will be docketed for hearing? Thank you for your time and attention in this matter.

Respectfully,

Francisco Arzate